IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO RAFAEL MENDEZ COLMENAREZ,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER,<br>*In their official capacity as Warden of Moshannon Valley Processing Center, Philipsburg, et al.*,<br>        Respondents. | Civil Action No. 25-582J<br><br>District Judge Stephanie L. Haines<br>Magistrate Judge Maureen P. Kelly<br><br>Re: ECF No. 1 |

## ORDER

AND NOW, this 10th day or March, 2026, and for the reasons stated by this Court in Calzado Diaz v. Noem, No. 3:25-cv-458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025), vacated as moot, ECF No. 22 (Dec. 17, 2025) ("[T]he Court stresses that the general legal conclusions in the Court's Opinion at ECF No. 16 regarding the application of §§ 1225 and 1226 remain unchanged by this Memorandum Order."), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

    1.    The Petition for Writ of Habeas Corpus, ECF No. 1, is GRANTED to the extent that it seeks an individualized bond hearing before an immigration judge. To the extent that Petitioner seeks fees and costs pursuant to the Equal Access to Justice Act, Petitioner may file a motion seeking such relief on or before April 10, 2026.

    2.    Respondents are directed to provide Petitioner with the statutory process required under 8 U.S.C. § 1226, which includes a bond hearing that complies with due process. At a minimum, due process requires factfinding based on a record produced before the decisionmaker and disclosed to Petitioner; an opportunity to make arguments on the Petitioner's behalf; and the

right to an individualized determination of Petitioner's interests. See <u>Ghanem v. Warden Essex Cnty. Corr. Fac.</u>, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022).

3. The Government shall arrange for said bond hearing to be conducted by an immigration judge on or before *March 20, 2026*

4. If Petitioner is not provided with a bond hearing satisfying these conditions on or before said date, or if the immigration judge declines to conduct a bond hearing based on <u>Matter of Yajure Hurtado</u>, 29 I & N Dec. 216, 220 (BIA 2025), or <u>Matter of Q. Li</u>, 29 I & N Dec. 66 (BIA 2025), or if the Government appeals any grant of bond based on the holding of either of these administrative decisions, Respondents shall immediately release Petitioner from custody.

5. The Parties shall file notice with the Court of the outcome of the individualized bond hearing within **three days** of the date of the immigration judge's decision.

6. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

BY THE COURT,

_____
STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE

cc: The Hon. Maureen P. Kelly
United States Magistrate Judge

All counsel of record (*via* CM/ECF)